# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-0399**

M.A.L.M. v. State of Alabama (Appeal from Russell Circuit Court:  CC-20-183)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk